454 A.2d 157

Honsaker v. Krkovich, et al., Appellants.

Submitted April 14, 1981. Robert L. Webster, Jr., for appellants; Harry J. Cancelmi, Jr., for appellee.

Before CERCONE, P.J., CAVANAUGH and JOHNSON, JJ.

The order of the lower court is affirmed.

CAVANAUGH, J., filed a memorandum dissenting statement.